# Court of Appeals
# of the State of Georgia

ATLANTA,  February 22, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0949. IN THE INTEREST OF O. M., A CHILD (MOTHER).**

The Appellant in the above-styled case has filed a motion entitled Motion To Dismiss. The Court construes this as a motion to withdraw the appeal pursuant to Court Rule 41(g)(1). Said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/22/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*